PER CURIAM.

(No. 6896

PARKE, DAVIS AND COMPANY, A Michigan Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed November 13, 1972.*

PARKE, DAVIS AND COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

119

PER CURIAM.